| | |
|---|---|
| 1 | Ronald I. Raether, Jr. (SBN 303118) |
| | Jessica R. Lohr (SBN 3023348) |
| 2 | **TROUTMAN SANDERS LLP** |
| | 5 Park Plaza Suite 1400 |
| 3 | Irvine, CA 92614-2545 |
| | Telephone:  (949) 622-2722 |
| 4 | Facsimile:  (949) 622-2739 |
| | ronald.raether@troutmansanders.com |
| 5 | jessica.lohr@troutmansanders.com |
| 6 | Attorneys for Defendant |
| | CORELOGIC RENTAL PROPERTY |
| 7 | SOLUTIONS, LLC |

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | | |
|---|---|---|
| 12 | LINDSEY ROBARGE | Case No.  8:16-CV-1069-DOC-DFM |
| 13 | Plaintiff, | **STIPULATION TO AMEND CASE CAPTION** |
| 14 | v. | |
| 15 | CORELOGIC SAFERENT, INC. | |
| 16 | Defendant. | |

Defendant CoreLogic SafeRent, LLC ("Defendant") and Plaintiff Lindsey Robarge ("Plaintiff") hereby stipulate to amend the case caption to reflect Defendant's new corporate name.  Defendant announced in March 2016 that it would change its corporate name from CoreLogic SafeRent, LLC to CoreLogic Rental Property Solutions, LLC, effective May 12, 2016. *See* **Exhibit A** (Certificate of Amendment).

///
///
///
///
///

The parties hereby stipulate that the case caption in this action be amended as follows to reflect Defendant's correct corporate name:

| | |
|---|---|
| **LINDSEY ROBARGE,**<br><br>**Plaintiff,**<br><br>v.<br><br>**CORELOGIC RENTAL PROPERTY SOLUTIONS, LLC F/K/A CORELOGIC SAFERENT, LLC,**<br><br>**Defendant.** | **Case No. 8:16-CV-1069-DOC-DFM** |

The parties further stipulate that all parties will identify Defendant by its new corporate name in future submissions to the Court.

Dated: January 26, 2017　　　　TROUTMAN SANDERS LLP


　　　　　　　　　　　　　　　　By:　*/s/ Jessica R. Lohr*
　　　　　　　　　　　　　　　　　　Ronald I. Raether, Jr.
　　　　　　　　　　　　　　　　　　Jessica R. Lohr
　　　　　　　　　　　　　　　　　　*Attorneys for Defendant*


　　　　　　　　　　　　　　　　TATAR LAW FIRM, APC


　　　　　　　　　　　　　　　　By:　*/s/ Stephanie R. Tatar*
　　　　　　　　　　　　　　　　　　Stephanie R. Tatar
　　　　　　　　　　　　　　　　　　*Attorneys for Plaintiff*

# CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the above and foregoing document has been served on January 26, 2017, to all counsel of record who are deemed to have consented to electronic service via the Court's CM/ECF system per Civil Local Rule 5.4. Any counsel of record who have not consented to electronic service through the Court's CM/ECF system will be served by electronic mail, first class mail, facsimile and/or overnight delivery.

*/s/ Jessica Lohr*
JESSICA R. LOHR